IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                  CHAPTER 13
KIMBERLY BELL, DEBTOR                       CASE NO. 14-10822-JDW

**RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

Pursuant to Bankruptcy Rule 3002.1(g), Wilmington Savings Fund Society FSB as Trustee of Stanwich Mortgage Loan Trust A (hereinafter "Creditor"), by and through its attorney, and files this Response to Trustee's Notice of Final Cure Payments and would respectfully submit the Creditor agrees that all pre-petition amounts have been paid in full as set forth in the Trustee's Notice of Final Cure Mortgage Payment [Dkt. #48] for Court Claim #2. The Creditor further agrees that the post-petition payments are current through the month of October, 2017. The Debtors are due for the month of November 1, 2017 for the amount of $1,180.86, which will be paid direct and outside the bankruptcy estate.[1]

Dated: November 13, 2017

                                                      WILMINGTON SAVINGS FUND SOCIETY FSB AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A

                                                      By: /s/ Robert M. Peebles, III
                                                          Robert M. Peebles III, MSB #102885

Robert M. Peebles, III, MSB #102885
Underwood Law Firm PLLC
340 Edgewood Terrace Drive
Jackson, Mississippi 39206
Telephone: 601-326-5579
Facsimile: 601-326-9979
rob@underwoodlawfirm.com

---

[1] The subject indebtedness is only a recent acquisition of Wilmington Savings Fund Society FSB as Trustee of Stanwich Mortgage Loan Trust A. Wilmington reserves its right to amend this Response upon reconciliation of the Transferor's records with the Trustee's accounting in this matter.

## CERTIFICATE OF SERVICE

I, Robert M. Peebles, III, attorney for Claimant, hereby certify that the following were served via ECF system with a true and correct copy of the Response to Trustee's Notice of Final Cure to:

Kenneth Mayfield, the Debtor's attorney, mc@mayfieldlawfirm.com

Terre M. Vardaman, Chapter 13 Trustee, VARDAMAN13ECF@gmail.com

U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov

I further certify that a true and correct copy of the foregoing Response to Trustee's Notice of Final Cure was mailed to Debtor(s) at 609 Smokey Mtn. Dr., Tupelo, MS, 38801.

THIS, the __13th__ day of November, 2017.

/s/ Robert M. Peebles, III
Robert M. Peebles, III
MSB #102885